UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| FREDRICK BLODGETT, d/b/a/ BIG FS LLC, on behalf of himself and all others similarly situated. | )<br>)<br>) 2:18-CV-00015-DCLC<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| FAF, INC., D/B/A FORWARD AIR TRANSPORTATION SERVICES, INC. and DOES 1-25; | )<br>)<br>) |
| Defendants. | |

## ORDER AND JUDGMENT

This case came before the Court on Defendant's Motion for Summary Judgment [Doc. 41], Plaintiff's Motion to Certify Class [Doc. 32], Defendant's Objections [Doc. 65], and the parties' Joint Motion to Vacate [Doc. 86]. For the reasons stated in the Court's Memorandum Opinion and Order, it is **ORDERED and ADJUDGED** that Defendant's Motion for Summary Judgment be **GRANTED**, Plaintiff's Motion to Certify Class, Defendant's Objections, and the parties' Joint Motion to Vacate the scheduling order be **DENIED AS MOOT**, Plaintiff to recover nothing from Defendant, and Plaintiff's complaint against Defendant be **DISMISSED.**

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ John Medearis
Clerk of Court